ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Seawolf Construction Corp. | ) ASBCA Nos. 63819, 63820, 63821 |
| | )                  63822, 63823, 63824 |
| | )                  63825, 63826, 63827 |
| | ) |
| Under Contract No. W912DS-21-C-0009 | ) |

APPEARANCE FOR THE APPELLANT:   John J. Lavin, Esq.
                                  Lavin & Associates, P.C.
                                  Chester, NJ

APPEARANCES FOR THE GOVERNMENT:   Michael P. Goodman, Esq.
                                    Engineer Chief Trial Attorney
                                  Lorraine C. Lee, Esq.
                                  Alyssa M. Conti, Esq.
                                    Engineer Trial Attorneys
                                    U.S. Army Engineer District, New York

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  August 7, 2024

_____
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63819, 63820, 63821, 63822, 63823, 63824, 63825, 63826, 63827, Appeals of Seawolf Construction Corp., rendered in conformance with the Board's Charter.

Dated:  August 7, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals